# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA HUNTINGTON DIVISION

OPAL R. SLONE,
individually and as the
Administratrix of the Estate of
Jacquline Hudson,

    and

THE ESTATE OF JACQULINE HUDSON

    Plaintiffs,

    vs.      Case No.: 3:23-CV-00636

JEFFREY RACER, *et al*.      HON. ROBERT C. CHAMBERS

    Defendants.

## PLAINTIFFS' MOTION TO COMPEL SECOND DEPOSITION OF DEFENDANT JEFFERY RACER, JR.

COMES NOW the Plaintiff Opal R. Slone, individually and as the Administratrix of the Estate of Jacquline Hudson, by and through Tyler C. Haslam and Haslam Law Firm LLC and Kerry A. Nessel and Nessel Law Firm PLLC, and movees this Court to compel a second deposition of Defendant Jeffery Racer, Jr. pursuant to Fed. R. Civ. P. 30(a)(2)(A)(ii).  The reasons in support of this motion are set forth in the contemporaneously filed memorandum of law.

    By counsel

/s/Tyler Haslam
Tyler C. Haslam (W. Va. Bar. No. 11522)
*HASLAM LAW FIRM LLC*
Post Office Box 585
Huntington, West Virginia 25710
T:  (304) 948-8529
F:  (304) 948-8282
tyler@haslamlawfirm.com

        Kerry A. Nessel (W. Va. Bar No. 7916)
**NESSEL LAW FIRM PLLC**
418 9th Street
Huntington, West Virginia 25701
T: (304) 697-6377
nessel@comcast.net

## **CERTIFICATE OF SERVICE**

The foregoing was electronically served upon all counsel of record via the Court's CM/ECF filing system on the 26th day of September, 2024.

**PLAINTIFFS**,
By counsel

/s/Tyler Haslam
Tyler C. Haslam (W. Va. Bar. No. 11522)
**HASLAM LAW FIRM LLC**
Post Office Box 585
Huntington, West Virginia 25710
T: (304) 948-8529
F: (304) 948-8282
tyler@haslamlawfirm.com