

| | JAMESMARK BUILDING | | | 261 AIKENS CENTER |
|---|---|---|---|---|
| | 901 QUARRIER STREET | 252 GEORGE STREET | 2414 CRANBERRY SQUARE | SUITE 301 |
| | CHARLESTON, WV 25301 | BECKLEY, WV 25801 | MORGANTOWN, WV 26508 | MARTINSBURG, WV 25404 |
| | PHONE: (304) 344-0100 | PHONE: (304) 254-9300 | PHONE: (304) 225-2200 | PHONE: (304) 260-1200 |
| | FAX: (304) 342-1545 | FAX: (304) 255-5519 | FAX: (304) 225-2214 | FAX: (304) 260-1208 |

**REPLY TO:  Charleston**
**SENDERS E-MAIL:** wgreve@pffwv.com; bvanston@pffwv.com
www.pffwv.com

August 30, 2024

Kerry Nessel, Esq.
The Nessel Law Firm
418 9th Street
Huntington, WV 25701

Tyler C. Haslam, Esq.
Haslam Law Firm
PO Box 620
Proctorville, OH  45669

      **RE:** **Hudson, Opal as Administratrix of the Estate  Laney Hudson v.**
           **Cabell County Sheriff's Department, et al.**
           **Civil Action No. 3:23-cv-00636**
           **Claim No. WV0062022020708**

Dear Counsel:

    On August 28, 2024, we sent you email correspondence requesting the approval of an Agreed Protective Order to produce records marked as confidential in this matter. You response stated, "we agreed to protective order 3-4 months ago our position is the same so please to court with our acquiescence."

    We have searched all correspondence and emails from your office and have found no communications where you agree to a protective order in this case or provide one to be entered. If you believe you have made such a communication, please forward it to our office at your earliest convenience.

Kerry Nessel, Esq.
Tyler C. Haslam
August 30, 2023
Page 2

        Very truly yours,

        Wendy E. Greve, Esq.
        Benjamim B. Vanston, Esq.

WEG/jah