

Tyler Haslam <tyler@haslamlawfirm.com>

## RE: Hudson v. Racer, et al.
1 message

**Stebbins, James C.** <jstebbins@flahertylegal.com>    Thu, Sep 12, 2024 at 12:09 PM
To: KERRY NESSEL <nessel@comcast.net>, "Wendy E. Greve" <wgreve@pffwv.com>, Jayne Hudnall <jhudnall@pffwv.com>
Cc: "tyler@haslamlawfirm.com" <tyler@haslamlawfirm.com>, "Burdette, Danica N." <dburdette@flahertylegal.com>

Hi Kerry:

I need to look at some things regarding this request and am under a deadline in another matter today and I also want to try to reach out to my client about it. I will give you a full response tomorrow even if I am unable to reach him. I did not want you to think I was ignoring this request since you asked for an answer ASAP.

Best,

Jamie

### James C. Stebbins

Member

# Flaherty

**FLAHERTY SENSABAUGH BONASSO** PLLC

P.O. BOX 3843

CHARLESTON, WV 25338

*OVERNIGHT*:

[200 CAPITOL STREET

CHARLESTON, WV 25301](#)

PHONE: 304.205.6388

FAX: 304.345.0260

**FLAHERTYLEGAL.COM**