

Tyler Haslam <tyler@haslamlawfirm.com>

## Re: Hudson v. Racer, et al.
1 message

**Kerry Nessel** <nessel@comcast.net>  Fri, Sep 13, 2024 at 4:09 PM
To: "Stebbins, James C." <jstebbins@flahertylegal.com>
Cc: "Wendy E. Greve" <wgreve@pffwv.com>, Jayne Hudnall <jhudnall@pffwv.com>, tyler@haslamlawfirm.com, "Burdette, Danica N." <dburdette@flahertylegal.com>

Thanks for detailed response. I'll contemplate your points over the weekend, discuss with our team and get back at you Monday.

Have a nice weekend as well.

Sent from my iPhone

> On Sep 13, 2024, at 4:01 PM, Stebbins, James C. <jstebbins@flahertylegal.com> wrote:
>
>
> Kerry:
>
> I managed to talk to Mr. Racer today and he is not willing to be deposed voluntarily a second time. He is not trying to be difficult but we think that the request is not fair or reasonable for many reasons.
>
> First of all, as you know, Mr. Racer was made available on July 2, 2024 starting at 9:00 in the morning and when Plaintiff decided to terminate his deposition at 2:15 p.m., that was not because of any request by Mr. Racer or his counsel to stop and we would have made him available for the remainder of the afternoon if necessary. We had no discussion at that time that there was any reason to leave the deposition open.
>
> Secondly, I do not think that it is fair to ask Mr. Racer to subject himself to another deposition so that you can ask him questions about the KCSD investigation report. You have known about the existence of that report since it was first disclosed by the County Defendants in this case in their initial disclosures on July 2. 2024. The disclosures by the County Defendants indicated that the report would be made available to the other parties upon entry of a Protective Order and I do not believe that Plaintiff ever submitted any proposed Protective Order to obtain those documents prior to deciding to take Mr. Racer's deposition.
>
> I would also note that Mr. Haslam already asked Mr. Racer's questions about that investigation during his deposition.
>
> I am also aware of case law holding that if a party chooses to prematurely take a deposition before document discovery is complete, that is not an excuse for subjecting a witness to a second deposition.

9/26/24, 4:01 PM Haskell Law Firm, LLC Mail - Re: Hudson v. Roger, et al.

Case 3:23-cv-00636    Document 134-6    Filed 09/26/24    Page 2 of 5 PageID #: 2173

Third, the Rules clearly contemplate only 1 deposition per witness unless stipulated by the parties.

Lastly, as you know, Mr. Racer is currently enrolled at the West Virginia State Police Academy where he hopes to graduate on December 13, 2024.  I understand that this training is taxing both mentally and physically and I  do not think that it is fair to ask him to prepare for and undergo a deposition (especially a second deposition) while he is in the middle of that training.

Based upon all of the above, I must respectfully decline your request.  If you would like to discuss this further, please give me a call.

Have a nice weekend everyone.

Best,

Jamie

### James C. Stebbins

Member

# Flaherty

**FLAHERTY SENSABAUGH BONASSO** PLLC

P.O. BOX 3843

CHARLESTON, WV 25338

*OVERNIGHT:*

200 CAPITOL STREET

CHARLESTON, WV 25301

PHONE: 304.205.6388

FAX: 304.345.0260

**FLAHERTYLEGAL.COM**

---

**From:** Kerry Nessel <nessel@comcast.net>
**Sent:** Thursday, September 12, 2024 12:41 PM
**To:** Stebbins, James C. <jstebbins@flahertylegal.com>

**Cc:** Wendy E. Greve <wgreve@pffwv.com>; Jayne Hudnall <jhudnall@pffwv.com>; tyler@haslamlawfirm.com; Burdette, Danica N. <dburdette@flahertylegal.com>
**Subject:** Re: Hudson v. Racer, et al.

**CAUTION: THIS EMAIL ORIGINATED FROM OUTSIDE THE ORGANIZATION.**

Thanks for thorough response.

Sent from my iPhone

> On Sep 12, 2024, at 12:10 PM, Stebbins, James C. <jstebbins@flahertylegal.com> wrote:
>
> Hi Kerry:
>
> I need to look at some things regarding this request and am under a deadline in another matter today and I also want to try to reach out to my client about it. I will give you a full response tomorrow even if I am unable to reach him. I did not want you to think I was ignoring this request since you asked for an answer ASAP.
>
> Best,
>
> Jamie
>
> ### James C. Stebbins
>
> Member
>
> # Flaherty
>
> **FLAHERTY SENSABAUGH BONASSO PLLC**
>
> P.O. BOX 3843
>
> CHARLESTON, WV 25338
>
> *OVERNIGHT:*
>
> 200 CAPITOL STREET
>
> CHARLESTON, WV 25301
>
> PHONE: 304.205.6388
>
> FAX: 304.345.0260

**FLAHERTYLEGAL.COM**

---

**From:** KERRY NESSEL <nessel@comcast.net>
**Sent:** Wednesday, September 11, 2024 2:17 PM
**To:** Stebbins, James C. <jstebbins@flahertylegal.com>; Wendy E. Greve <wgreve@pffwv.com>; Jayne Hudnall <jhudnall@pffwv.com>
**Cc:** tyler@haslamlawfirm.com
**Subject:** Hudson v. Racer, et al.

---

**CAUTION: THIS EMAIL ORIGINATED FROM OUTSIDE THE ORGANIZATION.**

---

Counsel, particularly Jamie, Tyler and I feel the need to redepose Racer due to the 700 + page internal affairs investigation, specifically Lt. Pile's interview with Racer and her conclusions.

As the Court entered and order yesterday extending the deposition deadline to Sept 27 and the recent disclosure, we believe our request is reasonable.

Please let me know ASAP.

Additionally, considering Racer had been brutally battered by no less than 5 men at a bar and suffered significant physical injuries, including a brain bleed and broken orbital bone on his left side, we request his medical records concerning the same.

Further, we are willing to travel to the WVSP academy to conduct this deposition.

Finally, please provide us dates for your availability to depose Lt. Pile. I assume this will have to take place in Chas.

Thanks.

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation. This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation. This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

9/26/24, 4:01 PM                                       Haskell Law Firm, LLC Mail - Re: Hudson v. Rogers, et al.

Case 3:23-cv-00636    Document 134-6    Filed 09/26/24    Page 5 of 5 PageID #: 2176